

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-19-00076-CR

JESSE LUCAS WILSON, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 173rd District Court
Henderson County, Texas
Trial Court No. CR16-0937-173

Before Morriss, C.J., Burgess and Stevens, JJ.

O R D E R

Our review of the clerk's record and the reporter's record in this case indicates that they contain "sensitive data" as that phrase is defined in Rule 9.10 of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 9.10(a). Sensitive data includes "a birth date, a home address, and the name of any person who was a minor at the time the offense was committed." TEX. R. APP. P. 9.10(a)(3). Sensitive data also includes "a driver's license number, passport number, social security number, tax identification number or similar government-issued personal identification number." TEX. R. APP. P. 9.10(a)(1). The clerk's record contains a social security number and the name of a person who was a minor at the time the offense was committed. Volumes one, ten through thirteen, and sixteen through seventeen of the reporter's record contain the name of a person who was a minor at the time the offense was committed. Rule 9.10(b) states, "Unless a court orders otherwise, an electronic or paper filing with the court, including the contents of any appendices, must not contain sensitive data." TEX. R. APP. P. 9.10(b).

Rule 9.10(g) provides, "A court may also order that a document be filed under seal in paper form or electronic form, without redaction." TEX. R. APP. P. 9.10(g). Therefore, because the clerk's record and volumes one, ten through thirteen, and sixteen through seventeen of the reporter's record contain sensitive data, we order the clerk of this Court or her appointee, in accordance with Rule 9.10(g), to seal the electronically filed clerk's record and volumes one, ten through thirteen, and sixteen through seventeen of the reporter's record.

IT IS SO ORDERED.


BY THE COURT


Date:   September 12, 2019